IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CIVCON SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACCESSO SERVICES LLC, <br><br> Defendant. | Case No. 20-CV-01821 |

**DEFENDANT'S MOTION TO DISMISS**

Defendant Accesso Services, LLC ("Accesso" or "Defendant"), by its attorneys, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss the Complaint filed by CivCon Services, Inc. ("CivCon" or "Plaintiff") in its entirety. In support of its Motion, Defendant incorporates the Memorandum of Law filed herewith, and states, generally, that Plaintiff's Complaint fails to state a claim upon which relief can be granted pursuant to the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961, *et seq*.

Specifically, Plaintiff's Complaint fails to plead that supposed racketeering acts were so related and continuous to constitute a "pattern" as required under 18 U.S.C. § 1961(5). Plaintiff's Complaint also must be dismissed because there is no allegation of an effect on interstate commerce, another essential element under RICO. Next, Plaintiff's Complaint fails to adequately plead the existence of a RICO conspiracy under 18 U.S.C. § 1962(d). Furthermore, Plaintiff's claims are preempted by the National Labor Relations Board ("NLRB") because the alleged underlying conduct that constitutes the predicate act giving rise to the RICO claims is wrongful only by virtue of the National Labor Relations Act ("NLRA"). Finally, Plaintiff lacks

74220385.2

standing to obtain injunctive relief. For all of these reasons, Plaintiff's RICO claims fail as a matter of law and must be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant its Motion to Dismiss and enter an Order dismissing all claims in Plaintiff's Complaint with prejudice.

Dated:  July 21, 2020                         Respectfully submitted,

                                             POLSINELLI PC

                                             /s/ *Robert E. Entin*
                                             Robert Entin (IL # 6269708)
                                             150 N Riverside Plaza, Suite 3000
                                             Chicago, IL 60606
                                             Phone: (312) 819-1922
                                             Fax: (312) 819-1910
                                             rentin@polsinelli.com

                                             ATTORNEY FOR DEFENDANT ACCESSO

**CERTIFICATE OF SERVICE**

  I certify that on the 21st day of July 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to the following attorneys of record:

James B. Zouras
Ryan F. Stephan
Anna M. Ceragioli
Stephan Zouras LLP
100 N. Riverside Plaza, Suite 2150
Chicago, IL 60606

Howard Foster
Matthew Galin
Foster PC
150 N. Wacker Drive, Suite 2150
Chicago, IL 60606

Aaron Walner
The Walner Law Firm, LLC
555 Skokie Blvd, Suite 250
Northbrook, IL 60062

Caroline J. Smith
Caroline J. Smith & Assc., P.C.
77 W. Washington Street, Suite 1001
Chicago, IL 60602

*Attorneys for Plaintiff and the Class*

                /s/ *Robert Entin*

74220385.2