IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CIVCON SERVICES, INC., individually and on behalf of all others similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) | Case No. 1:20-cv-01821 |
| **v.** ) ) ) | |
| **ACCESSO SERVICES, LLC** ) ) | |
| **Defendant** ) ) ) | |

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Please take notice that the Plaintiff CivCon Services, Inc. hereby moves for an Order of the Court granting its Unopposed Motion for Preliminary Approval of the Settlement with Defendant Accesso Services, LLC. This motion is based on this notice of motion and motion, Federal Rule of Civil Procedure 23, the concurrently filed Memorandum and supporting declarations, and all other evidence and arguments presented in the briefings.

Pursuant to the United States District Court for the Northern District of Illinois' Tenth Amended General Order 20-0012 (February 12, 2021), the undersigned counsel will not request an in-person presentment of this Motion. Should the Court determine that a hearing is necessary, the undersigned counsel is available at the Court's earliest availability.

Dated: March 9, 2020                      Respectfully Submitted,

                                         */s/ James B. Zouras*
James B. Zouras
Ryan F. Stephan
Anna M. Ceragioli
Stephan Zouras, LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
312-233-1550
312-233-1560 f
jzouras@stephanzouras.com
rstephan@stephanzouras.com
aceragioli@stephanzouras.com

Howard Foster
Matthew Galin
Foster PC
150 N. Wacker Dr.
Suite 2150
Chicago, IL 60606
(312)726-1600
hfoster@fosterpc.com
mgalin@fosterpc.com

Aaron Walner
THE WALNER LAW FIRM LLC
555 Skokie Boulevard, Suite 250
Northbrook, Illinois 60062
Tel: (312) 371-2308
awalner@walnerlawfirm.com
walner@walnerlawfirm.com

Caroline J. Smith
CAROLINE J. SMITH & ASSC., P.C.
77 W. Washington St., Suite 1001
Chicago, IL 60602
(312) 606-9500
carolinesmithlaw@att.net

**ATTORNEYS FOR PLAINTIFF
AND THE PUTATIVE CLASS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court this 9th day of March, 2021 to all counsel of record.

Robert Entin
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Phone: (312) 819-1922
Fax: (312) 819-1910
rentin@polsinelli.com

Mark A. Olthoff
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO  64112
Phone: (816) 753-1000
Fax: (816) 753-1536
molthoff@polsinelli.com

***ATTORNEYS FOR DEFENDANT***
***ACCESSO SERVICES, LLC***

*/s/ Anna M. Ceragioli*