IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CIVCON SERVICES, INC., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ACCESSO SERVICES, LLC<br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:20-cv-01821 |

**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

    Please take notice that the Plaintiff CivCon Services, Inc. hereby moves for an Order of the Court granting its Unopposed Motion for Final Approval of Class Action Settlement with Defendant Accesso Services, LLC. This motion is based on this notice of motion and motion, Federal Rule of Civil Procedure 23, the concurrently filed Memorandum and supporting declaration, and all other evidence and arguments presented in the briefings.

    Pursuant to the United States District Court for the Northern District of Illinois' Tenth Amended General Order 20-0012 (February 12, 2021), the undersigned counsel will not request an in-person presentment of this Motion. Should the Court determine that presentment is necessary, the undersigned counsel is available at the Court's earliest availability.

Date: July 7, 2021

                                                     /s/ *James B. Zouras*
                                                   Howard Foster
                                                   Matthew Galin
                                                   FOSTER PC
                                                   10 S. Riverside Plaza, Suite 875

Chicago, IL 60606

James B. Zouras
Ryan F. Stephan
Anna M. Ceragioli
STEPHAN ZOURAS LLP
100 N. Riverside Plaza, Suite 2150
Chicago, IL 60606
Aaron Walner

THE WALNER LAW FIRM, LLC
555 Skokie Blvd, Suite 250
Northbrook, IL 60062

Caroline J. Smith
CAROLINE J. SMITH & ASSC., P.C.
77 W. Washington Street, Suite 1001
Chicago, IL 60602

***ATTORNEYS FOR PLAINTIFF AND THE CLASS***

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court this 7th day of June, 2021 to all counsel of record.

Robert Entin
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Phone: (312) 819-1922
Fax: (312) 819-1910
rentin@polsinelli.com
Mark A. Olthoff
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Phone: (816) 753-1000
Fax: (816) 753-1536
molthoff@polsinelli.com
***ATTORNEYS FOR DEFENDANT***
***ACCESSO SERVICES, LLC***

                                        */s/ Anna M. Ceragioli*